■ In the Matter of FRANK MONTE, Petitioner, v VINCENT MICCOLI et al., Respondents. [33 NYS3d 708]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Friedman, J.P., Sweeny, Webber and Gesmer, JJ.

■ In the Matter of FRANK MONTE, Petitioner, v MAXSOLAINE MINGO, New York City Department of Correction et al., Respondents. [33 NYS3d 709]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, and for related relief, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application and request for related relief be and the same hereby are denied and the petition dismissed, without costs or disbursements. Concur—Mazzarelli, J.P., Andrias, Saxe, Gische and Kahn, JJ.